# UNITED STATES DISTRICT COURT
## for
### NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

DEC - 9 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## Report on Offender Under Supervision - Court Decision Requested

| | |
|---|---|
| Name of Offender: | Glen Murray McDonald | Case No.: 3:12-CR-00374-N(1) |

Name of Offender:   Glen Murray McDonald            Case No.:  3:12-CR-00374-N(1)

Name of Sentencing Judge:   U.S. District Judge David C. Godbey

Date of Original Sentence:   March 31, 2014

Original Offense:   Trafficking in Contraband Cigarettes, 18 U.S.C. § 2342(a) (Count 1); and Receipt of Counterfeit Securities, 18 U.S.C. § 2315 (Count 2)

Original Sentence:   9 months custody, 24-month term of supervised release, $1,167,903 restitution

Type of Supervision:   Supervised Release       Date Supervision Commenced:   February 1, 2015

Assistant U.S. Attorney:   Katherine Pfeifle       Defense Attorney:   Sam Adamo
                                                                              (Retained)

## Notification To The Court For Cause As Follows:

### I.

The following information/request is being presented for the Court's review and decision:

Since his release from custody, Glen McDonald has been under the supervision of U.S. Probation Officer Carl Bradford, Southern District of Texas, Houston Division. Inasmuch as Mr. McDonald plans to remain in Houston, Texas, for the remainder of his supervision, it has been requested that jurisdiction be transferred to the Southern District of Texas, Houston Division, so that any issues arising may be handled locally.

### II.

The probation officer recommends the following action for the Court to consider:

It is respectfully recommended that Case No. 3:12-CR-00374-N(1), Northern District of Texas, Dallas Division, be transferred to the Southern District of Texas, Houston Division. Assistant U.S. Attorney Katherine Pfeifle does not object to the transfer of jurisdiction of this case. Enclosed are copies of two Probation Form 22s, Transfer of Jurisdiction, for the Court's consideration.

I declare under penalty of perjury
that the foregoing is true and correct.

Executed on November 24, 2015                    Approved,

s/Bud Ervin                                      s/Jennifer Bowers
_____                _____
Supervising U.S. Probation Officer               ADCUSPO
Dallas Division                                  Phone:  214-753-2566
Phone:  214-753-2547

---

**Order of the Court:**

☒ Agrees with the recommendation of the probation officer.

☐ Disagrees with the recommendation of the probation officer.

☐ Directs the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Directs the probation officer to submit a request for a warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

_____
The Honorable David C. Godbey
U.S. District Judge

12/8/15
_____
Date


* Attachment